NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
JASON A. SAVLOV (SBN 213879)
Email: Jason.Savlov@wolffirm.com
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0129

ATTORNEY(S) FOR: Defendant The Wolf Firm, A Law Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KOOBA<br><br>Plaintiff(s),<br>v.<br>SELENE FINANCE, LP, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:17-cv-02127-PSG-JPR<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant The Wolf Firm, A Law Corporation, erroneously sued herein as The Wolf Firm, a California corporation or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant, The Wolf Firm, A Law Corporation, erroneously sued herein as The Wolf Firm, a California corporation | Privately held corporation. |

April 11, 2017
Date

/s/ Jason A. Savlov
Signature

Attorney of record for (or name of party appearing in pro per):

The Wolf Firm, A Law Corporation, erroneously sued herein as The Wolf Firm, a California corporation

# CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document(s), entitled: **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** will be served or was served (a) on the judge in chambers in the form and manner required by Local Rule ("LR") 5.4.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders, the foregoing documents will be served by the Court via NEF and hyperlink to the document. On April 11, 2017, I checked the CM/ECF docket for this matter and determined that the following persons on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the attached service list.

2. **SERVED BY UNITED STATES MAIL:** On , I served the following persons and/or entities at the last known address in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class , postage prepaid and addressed as follows.

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state the method for each person or entity served): Pursuant to F.R.Civ. P. 5 and/or controlling local rules, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the Judge here constitutes a declaration that personal service on overnight mail to, the judge will be completed no late than by 12:00 p.m. (Noon) the following business day. Service information continued on attached service list.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 11, 2017.

/s/ Jess R. Ramos
Jess R. Ramos

# SERVICE LIST

Gary Kooba v. Selene Finance, et al.

Case No. 2:17-cv-02127-PSG-JPR

## I. SERVED ELECTRONICALLY VIA NEF

Andrew R. Stilwell, Esq.
PATEL STILLWELL, LLP
3160 Camino Del Rio South
Ste. 313
San Diego, CA 92108
Email: AStilwell@PatelStilwell.com

Attorneys for Plaintiff GARY KOOBA